UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRINA HURT,<br><br>         Plaintiff,<br><br>-against-<br><br>DOLLAR TREE STORES, INC. d/b/a DOLLAR TREE and MARIO JARETT, *Individually*,<br><br>         Defendants. | Civil Action No. 1:15-cv-06276<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY AGREEMENT OF THE PARTIES** |

**PLEASE TAKE NOTICE** that the above action is hereby dismissed in accordance with Rule 41(a)(1)(A)(i), without prejudice, as this action shall be submitted to final and binding arbitration by agreement of all above-named parties and their respective counsel.

Dated: New York, New York
    January 21, 2016

**PHILLIPS & ASSOCIATES, PLLC**

By: _____
  Joshua P. Frank, Esq.
  Dorina Cela, Esq.
  45 Broadway, Suite 620
  New York, NY 10006
  (212) 248-7431
  *Attorneys for Plaintiff*

Dated: New York, New York
    January __, 2016

**LITTLER MENDELSON, PC**

By: _____
  A. Michael Weber, Esq.
  Hema Chatlani, Esq.
  900 Third Avenue
  New York, NY 10022
  (212) 583-2660
  *Attorneys for Defendants*